

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00544-CV

In the Interest of C.H., OAG #05556988921

On appeal from the
329th District Court of Wharton County, Texas
Trial Cause No. AG32904

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, affirms in part, and vacates the trial court's judgment in part and dismisses the case. In accordance with its opinion, the Court orders the judgment AFFIRMED IN PART, VACATED and DISMISSED IN PART. Costs of the appeal are adjudged against the appellant and it is ordered to pay all costs of the appeal from which it is not exempt by statute.

We further order this decision certified below for observance.

October 17, 2019